ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| Contrack International, Inc. ) | ASBCA Nos. 59549, 59733 |
| ) | 59754, 59917 |
| ) | |
| Under Contract No. W5J9LE-12-C-0017 ) | |

APPEARANCES FOR THE APPELLANT: Dirk Haire, Esq.
Jessica Haire, Esq.
  Fox Rothschild LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
Pietro Mistretta, Esq.
Nancy L. Pell, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Middle East
  Winchester, VA

ORDER OF DISMISSAL

This dispute has been settled. The appeals are dismissed with prejudice.

Dated: 25 July 2017

MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59549, 59733, 59754, 59917, Appeals of Contrack International, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2